**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 15-7969**

_____

WILLIE BRANCH, a/k/a Willie Branch-El,

        Plaintiff - Appellant,

    v.

OFFICER T. CARRILLO; LT. R. WRIGHT, SHU Lieutenant; OFFICER
J. DAVIS, SHU Property Officer; KATHRYN JACKSON, Counselor;
BONNIE HERNANDEZ, Case Manager,

        Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   Terrence W. Boyle,
District Judge. (5:15-ct-03170-BO)

_____

Submitted:  May 31, 2016          Decided:  June 7, 2016

_____

Before DUNCAN and DIAZ, Circuit Judges, and DAVIS, Senior Circuit
Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Willie Branch, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Willie Branch appeals the district court's order dismissing under 28 U.S.C. § 1915(e)(2)(B) (2012) his complaint filed pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971), and the Federal Tort Claims Act. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED